**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-1866**

_____

JUAN ANTONIO PORTILLO,

          Petitioner,

    v.

PAMELA JO BONDI, Attorney General,

          Respondent.

_____

On Petition for Review of an Order of the Board of Immigration Appeals.

_____

Submitted:  July 18, 2025                         Decided:  October 8, 2025

_____

Before BENJAMIN and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Petition denied by unpublished per curiam opinion.

_____

**ON BRIEF:**  Anser Ahmad, AHMAD AND ASSOCIATES, McLean, Virginia, for Petitioner.  Brian M. Boynton, Principal Deputy Assistant Attorney General, Benjamin Mark Ross, Senior Litigation Counsel, Alanna T. Duong, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Juan Antonio Portillo, a native and citizen of El Salvador, petitions for review of an order of the Board of Immigration Appeals (Board) denying his motion to reconsider. We have reviewed the administrative record and Portillo's claims and conclude that Portillo's opening brief does not challenge the basis for the agency's disposition. As such, he has forfeited appellate review of the Board's order. *See Edwards v. City of Goldsboro*, 178 F.3d 231, 241 n.6 (4th Cir. 1999). To the extent Portillo's arguments may be construed to challenge the denial of reconsideration, our review discloses no abuse of discretion. 8 C.F.R. § 1003.2(a) (2024); *see Williams v. Garland*, 59 F.4th 620, 632 (4th Cir. 2023). Accordingly, we deny the petition for review. *In re Portillo* (B.I.A. Aug. 13, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*